**NIEDWESKE BARBER**
98 Washington Street
Morristown, NJ 07960
Tele:  973-401-0064
Fax:   973-401-0061
www.n-blaw.com
Attorneys for Plaintiff Jacqueline Hone

**Filed**

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACQUELINE HONE,<br><br>                    Plaintiff,<br><br>v.<br><br>PRESIDENTE U.S.A., INC., CERVECERIA<br>NACIONAL DOMINICANA, GRUPO LEON<br>JIMENES, LTD., ADMINISTAFF, INC.,<br>GEVITY H.R., and PHILLIP MORRIS,<br><br>                    Defendants. | Civil Action No. 07-5635 (HAA)(ES)<br><br>**CV 08 - 80071 MISC. JF**<br>**HRL**<br><br>**NOTICE OF MOTION TO QUASH THE<br>DISCOVERY SUBPOENA DUCES<br>TECUM SERVED BY DEFENDANTS<br>PRESIDENTE U.S.A., INC., and GEVITY<br>H.R., ON YAHOO! FOR PLAINTIFF'S** |

**TO:**  Eric A. Savage, Esq.
Littler Mendelsohn
One Newark Center – 8th Floor
Newark, NJ  07102-5311
Attorneys for Defendants Presidente U.S.A., Inc., and Gevity HR, Inc.

Susan R. Engle, Esq.
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
2070 Springdale Road, Suite 400
Cherry Hill, NJ  08003
Attorneys for Defendant Administaff, Inc.

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court,

Plaintiff Jacqueline Hone will move the United States District Court, Northern District of

California, for an Order under Federal Rule of Civil Procedure 45(c)(3) quashing the discovery

subpoena duces tecum by Defendants Presidente U.S.A., Inc., and Gevity HR, Inc., that was

served on the Yahoo! custodian of records on April 3, 2008, and bearing Miscellaneous case

number CV 08-8007 1.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Plaintiff

Jacqueline Hone will rely upon the declaration of her counsel, with annexed exhibits, and legal

brief.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff Jacqueline Hone requests that, if

opposition is filed to this motion and the Court wishes to hear oral argument, such oral argument

be conducted telephonically with the Court.

> **NIEDWESKE BARBER**
> Attorneys for Plaintiff Jacqueline Hone
>
> By: _Christopher W. Hager_
> Christopher W. Hager

Dated: May 27, 2008

## DECLARATION OF SERVICE

Christopher W. Hager, of full age, hereby declares pursuant to 28 U.S.C. § 1746:

1.　　I am an attorney-at-law of the State of New Jersey and a Partner in the law firm of Niedweske Barber, attorneys for Plaintiff Jacqueline Hone. I have personal knowledge of the matters herein.

2.　　On May 27, 2008, I caused the following documents to be filed via overnight courier to the United States District Court, Northern District of California, in support of Plaintiff's motion:

　　a.　　Plaintiff's Notice of Motion to Quash the Discovery Subpoena Duces Tecum;

　　b.　　Declaration of Counsel, with exhibits, pursuant to 28 U.S.C. § 1746;

　　c.　　Legal brief; and

　　d.　　Proposed form of Order.

3.　　On May 27, 2008, I also caused the foregoing documents to be served via overnight separately addressed to Littler Mendelson, 1 Newark Center, Newark, New Jersey, attorneys for Defendants Presidente U.S.A., Inc., and Gevity H.R., and Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, 2070 Springdale Road, Cherry Hill, New Jersey, attorneys for Defendant Administaff, Inc.

4.　　I hereby declare under penalty of perjury that the foregoing is true and correct.

_Christopher W. Hager_
Christopher W. Hager

Dated: May 27, 2008

3