# RECEIVED

**NIEDWESKE BARBER**
98 Washington Street
Morristown, NJ 07960
Tele: 973-401-0064
Fax: 973-401-0061
www.n-blaw.com
Attorneys for Plaintiff Jacqueline Hone

MAY 27 2008
RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELINE HONE,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTE U.S.A., INC., CERVECERIA NACIONAL DOMINICANA, GRUPO LEON JIMENES, LTD., ADMINISTAFF, INC., GEVITY H.R., and PHILLIP MORRIS,<br><br>Defendants. | Civil Action No. 07-5635 (HAA)(ES)<br><br>CV 08-80071 MISC JF HRL<br><br>ORDER QUASHING THE DISCOVERY SUBPOENA <u>DUCES TECUM</u> SERVED ON YAHOO! BY DEFENDANTS PRESIDENTE U.S.A., INC., AND GEVITY H.R. |

This miscellaneous matter, having been opened to the Court by Niedweske Barber (Christopher W. Hager, Esq., appearing), counsel for Plaintiff Jacqueline Hone in a civil action filed in the U.S. District Court for the District of New Jersey, seeking an Order pursuant to Federal Rule of Civil Procedure 45(c)(3) quashing the discovery subpoena <u>duces tecum</u> by Defendants Presidente U.S.A., Inc., and Gevity H.R., issued by this Court and served on Yahoo! on April 3, 2008, on notice to counsel for said Defendants, Littler Mendelson (Eric A. Savage, Esq., appearing), and Defendant Administaff, Inc. (Susan R. Engle, Esq., appearing); and with the Court having considered the argument of all parties and for good cause shown,

IT IS, on this _____ day of _____, 2008, ORDERED as follows:

1. Plaintiff's motion to quash the discovery subpoena <u>duces tecum</u> by Defendants Presidente U.S.A., Inc., and Gevity H.R., issued by this Court to Yahoo! on April 3, 2008, shall be and hereby is granted pursuant to Federal Rule of Civil Procedure 45(c)(3).

1

2.  One true copy of this Order, as conformed, shall be served on counsel for the Defendants within seven (7) days of its receipt by Plaintiff's counsel.

_____
HONORABLE

_____ Unopposed

_____ Opposed