**NIEDWESKE BARBER, P.C.**
98 Washington Street
Morristown, NJ 07960
Tele: 973-401-0064
Fax: 973-401-0061
www.n-blaw.com
Attorneys for Plaintiff Jacqueline Hone

**FILED**

2008 JUN -4  A 10: 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELINE HONE,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTE U.S.A., INC., CERVECERIA NACIONAL DOMINICANA, GRUPO LEON JIMENES, LTD., ADMINISTAFF, INC., GEVITY H.R., and PHILLIP MORRIS,<br><br>Defendants. | Civil Action No. 07-5635 (HAA)(ES)<br><br>NORTHERN DIST. OF CALIFORNIA MISCELLANEOUS CASE NUMBER: CV08 – 80071 MISC (JF)(HRL)<br><br>AMENDED NOTICE OF MOTION TO QUASH THE DISCOVERY SUBPOENA DUCES TECUM SERVED BY DEFENDANTS PRESIDENTE U.S.A., INC., and GEVITY H.R., ON YAHOO! FOR PLAINTIFF'S<br><br>and<br><br>REQUEST TELEPHONIC ARGUMENT |

TO:   Eric A. Savage, Esq.
      Littler Mendelsohn
      One Newark Center – 8th Floor
      Newark, NJ  07102-5311
      Attorneys for Defendants Presidente U.S.A., Inc., and Gevity HR, Inc.

Susan R. Engle, Esq.
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
2070 Springdale Road, Suite 400
Cherry Hill, NJ  08003
Attorneys for Defendant Administaff, Inc.

**PLEASE TAKE NOTICE** that on Tuesday, July 8, 2008, at 10:00 a.m., west coast time, Plaintiff Jacqueline Hone will move before United States Magistrate Judge Howard R. Lloyd of the United States District Court, Northern District of California, for an Order under Federal Rule

1

of Civil Procedure 45(c)(3) quashing the discovery subpoena <u>duces</u> <u>tecum</u> by Defendants Presidente U.S.A., Inc., and Gevity HR, Inc., that was served on the Yahoo! custodian of records on April 3, 2008, and bearing Miscellaneous case number CV 08-80071.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Plaintiff Jacqueline Hone will rely upon the declaration of her counsel, with annexed exhibits, and legal brief.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff Jacqueline Hone requests that, if opposition is filed to this motion and the Court wishes to hear oral argument, such oral argument be conducted telephonically with the Court.

         **NIEDWESKE BARBER**
         Attorneys for Plaintiff Jacqueline Hone

         By: _/s/ Christopher W. Hager_
           Christopher W. Hager

Dated: June 3, 2008

## DECLARATION OF SERVICE

Christopher W. Hager, of full age, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney-at-law of the State of New Jersey and a Partner in the law firm of Niedweske Barber, attorneys for Plaintiff Jacqueline Hone. I have personal knowledge of the matters herein.

2. On May 27, 2008, I caused the following documents to be filed via overnight courier to the United States District Court, Northern District of California, in support of Plaintiff's motion: (a) Plaintiff's Notice of Motion to Quash the Discovery Subpoena Duces Tecum; (b) Declaration of Counsel, with exhibits, pursuant to 28 U.S.C. § 1746; (c) Legal brief; and (d) Proposed form of Order.

3. On May 27, 2008, I also caused the foregoing documents to be served via overnight courier separately addressed to Littler Mendelson, 1 Newark Center, Newark, New Jersey, attorneys for Defendants Presidente U.S.A., Inc., and Gevity H.R., and Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, 2070 Springdale Road, Cherry Hill, New Jersey, attorneys for Defendant Administaff, Inc.

4. The purpose of this second Notice of Motion is solely to set a hearing date consistent with U.S. Magistrate Judge Lloyd's schedule.

5. I hereby declare under penalty of perjury that the foregoing is true and correct.

*Christopher W. Hager*
Christopher W. Hager

Dated: June 3, 2008

3