*E-filed 6/23/08*

ERIC A. SAVAGE, ESQ.
GEIDA D. SANLATE, ESQ.
LITTLER MENDELSON
A Professional Corporation
One Newark Center – Eighth Floor
Newark, New Jersey 07102.5311
Telephone: 973.848.4700
Facsimile: 973.643.5626

Attorneys for Defendants
GEVITY HR, INC., PRESIDENTE U.S.A., INC., CERVECERIA
NACIONAL DOMINICANA, and GRUPO LEON JIMENES.

KEVIN E. BARBER, ESQ.
CHRISTOPHER W. HAGER, ESQ.
NIEDWESKE BARBER
98 Washington Street
Morristown, New Jersey 07960
Telephone: 973.401.0064
Facsimile: 973.401.0061

Attorneys for Plaintiff
JACQUELINE HONE.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE HONE,<br><br>Plaintiff,<br><br>vs.<br><br>PRESIDENTE U.S.A., INC., CERVECERIA NACIONAL DOMINICANA, GRUPO LEON JIMENES, LTD., ADMINISTAFF, INC., GEVITY H.R., and PHILLIP MORRIS,<br><br>Defendants. | Case No. Miscellaneous No. CV 08-80071<br><br>STIPULATION TO CONTINUANCE OF HEARING DATE ON MOTION TO QUASH THE SUBPOENA *DUCES TECUM* SERVED BY DEFENDANTS ON YAHOO!<br><br>Judge: Hon. Howard R. Lloyd, U.S.D.J. |

In the matter of Plaintiff's Motion to Quash the Subpoena *Duces Tecum* Served by Defendants on Yahoo!, pursuant to Rules 6-1, 7-7 and 7-12 of the Court's Local Rules, the Parties hereto, by and through their respective counsel of record, hereby stipulate to the

continuance of the hearing date from July 8, 2008 to July 22, 2008 at 10:00 a.m. The Parties acknowledge that there has not been any previous time modifications in this case and that this extension will not otherwise have an effect on the schedule of this case or on any deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: June 17, 2008

KEVIN E. BARBER
CHRISTOPHER W. HAGER
NIEDWESKE BARBER

Attorneys for Plaintiff
JACQUELINE HONE.

Dated: June 17, 2008

ERIC A. SAVAGE
GEIDA D. SANLATE
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendants
GEVITY HR, INC., PRESIDENTE U.S.A., INC., CERVECERIA NACIONAL DOMINICANA, and GRUPO LEON JIMENES.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Dated: June 23, 2008

THE HONORABLE HOWARD R. LLOYD
UNITED STATES DISTRICT JUDGE