ERIC A. SAVAGE, ESQ.
esavage@littler.com
GEIDA D. SANLATE, ESQ.
gsanlate@littler.com
MARLENE S. MURACO, ESQ. – CA BAR NO. 154240
mmuraco@littler.com
**LITTLER MENDELSON**
A Professional Corporation
One Newark Center – Eighth Floor
Newark, New Jersey 07102.5311
Telephone: 973.848.4700
Facsimile:   973.643.5626
Attorneys for Defendants
    Presidente U.S.A., Inc., Cerveceria Nacional Dominicana,
    Grupo Leon Jimenes, and Gevity HR, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE HONE,<br><br>            Plaintiff,<br><br>vs.<br><br>PRESIDENTE U.S.A., INC., CERVECERIA NACIONAL DOMINICANA, GRUPO LEON JIMENES, LTD., ADMINISTAFF, INC., GEVITY H.R., and PHILLIP MORRIS,<br><br>           Defendants. | Miscellaneous Case No. CV 08-8007 (HRL)<br><br>**DECLARATION OF ELVIRA HERNANDEZ IN OPPOSITION TO PLAINTIFF'S MOTION TO QUASH A SUBPOENA SERVED ON YAHOO!**<br><br>The Honorable Howard R. Lloyd, U.S.D.J.<br><br>Hearing Date: July 22, 2008<br><br>Time: 10:00 a.m. |

ELVIRA HERNANDEZ, of full age, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18, reside in the State of Florida and have personal knowledge of the matters set forth herein.

2. I am the Administrative Manager for Presidente U.S.A., Inc. ("Presidente"), a party in the litigation captioned as *Jacqueline Hone v. Presidente U.S.A., Inc. et. al*, docketed as Civil Action No. 07-5635 (HAA) (ES), which is pending in the United States District Court for the District of New Jersey.

3. As the Administrative Manager, I oversee the human resources functions within Presidente and have direct knowledge about the personnel files kept by Presidente's Human Resources Department.

4. Based on this knowledge, I declare that, of all fifty-two individuals identified in Plaintiff Jacqueline Hone's ("Hone") Responses to Gevity HR, Inc.'s First Set of Interrogatories (*see* Exhibit C), at least twenty-six are former employees of either Presidente or Cerveceria Nacional Dominicana ("Cerveceria") or have never been employed by Presidente. Of these individuals, those formerly employed by Presidente left its employ as far back as 2003 and Presidente has not updated the contact information contained in their personnel files ever since.

5. I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Elvira Hernandez

Dated: [illegible]