## CERTIFICATION OF SERVICE

**ERIC A. SAVAGE**, of full age, hereby certifies as follows:

1.     I am an attorney-at-law in the State of New Jersey and am a shareholder at Littler Mendelson, P.C., attorneys for defendant Aerotek Aviation, LLC.

2.     On June 30, 2008, I caused the following documents:

(a)     Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Quash a Subpoena Served on Yahoo!;

(b)     Declaration of Eric A. Savage in Opposition to Plaintiff's Motion to Quash the Subpoena *Duces Tecum* Served by Defendants on Yahoo!;

(c)     Declaration of Elvira Hernandez in Opposition to Plaintiff's Motion to Quash the Subpoena *Duces Tecum* Served by Defendants on Yahoo!; and

(d)     this Certification of Service.

to be electronically filed to the Clerk, United States District Court, Northern District of California, 280 South 1st Street, San Jose, California 95113.

3.     On June 30, 2008, I caused a true and complete copy of each of the following documents:

(a)     Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Quash a Subpoena Served on Yahoo!;

(b)     Declaration of Eric A. Savage in Opposition to Plaintiff's Motion to Quash the Subpoena *Duces Tecum* Served by Defendants on Yahoo!;

(c)     Declaration of Elvira Hernandez in Opposition to Plaintiff's Motion to Quash the Subpoena *Duces Tecum* Served by Defendants on Yahoo!; and

(d)     this Certification of Service.

to be served by Federal Express upon plaintiff's counsel and counsel for Defendant Administaff, Inc. at the following addresses:

**Kevin E. Barber, Esq.**
**NIEDWESKE BARBER**
**98 Washington Street**
**Morristown, New Jersey  07960**

**Susan R. Engle, Esq.**
**MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP**
**2070 Springdale Road, Suite 400**
**Cherry Hill, New Jersey 08003**

4.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  June 30, 2008

ERIC A. SAVAGE

Firmwide:85717918.1 046687.1081