Clerk's Use Only

Initial for fee pd.:

Eric A. Savage, Esq.
Littler Mendelson
A Professional Corporation
One Newark Center - Eighth Floor
Newark, New Jersey 07102-5311
Telephone: (973) 848-4700

**FILED**

2008 JUL -1 P 2: 36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JACQUELINE HONE,

Plaintiff(s),

v.

PRESIDENTE U.S.A., INC., CERVECERIA
NACIONAL DOMINICANA, GRUPO
LEON JIMENES, LTD., ADMINISTAFF,
INC., GEVITY H.R., AND PHILLIP
MORRIS,

Defendant(s).                    /

**CASE NO.** CV 08-80071 (HRL)

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Eric A. Savage, an active member in good standing of the bar of the State of New Jersey, the State of New York, the United States District Court for New Jersey, the United States District Court for the Northern, Southern, Eastern and Western Districts of New York, the United States District Court for the Eastern District of Tennessee, the United States Supreme Court and the United States Court of Appeals for the First, Second, Third, Federal, and District of Columbia Circuits, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Gevity H.R., Inc., Presidente U.S.A., Inc., Cerveceria Nacional Dominicana, and Grupo Leon Jimenes in the above-entitled action.

In support of this application, I certify on oath that:

1.      I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

Clerk's Use Only

Initial for fee pd.:

agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Marlene Muraco
Littler Mendelson
A Professional Corporation
50 West San Fernando Street - Fifteenth Floor
San Jose, CA 95113-2431
Telephone: (408) 998-4150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____          _____

Eric A. Savage

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003454
Cashier ID: harwellt
Transaction Date: 07/01/2008
Payer Name: Littler Mendelson
-------------------------------------
PRO HAC VICE
 For: Eric A. Savage
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
-------------------------------------
CHECK
 Check/Money Order Num: 13134233
 Amt Tendered: $210.00
-------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 08-cv-080071-HRL


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```