RECEIVED

2008 JUL -1 PM 2: 36

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE HONE,,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTE U.S.A., INC., CERVECERIA NACIONAL DOMINICANA, GRUPO LEON JIMENES, LTD., ADMINISTAFF, INC., GEVITY H.R., AND PHILLIP MORRIS,<br><br>Defendants. | Case No. CV 08-80071 (HRL)<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Eric A. Savage, an active member in good standing of the bar of the State of New Jersey, the State of New York, the United States District Court for New Jersey, the United States District Court for the Northern, Southern, Eastern and Western Districts of New York, the United States District Court for the Eastern District of Tennessee, the United States Supreme Court and the United States Court of Appeals for the First, Second, Third, Federal, and District of Columbia Circuits, whose business address and telephone number is Littler Mendelson, One Newark Center – Eighth Floor, Newark, New Jersey 07102-5311; telephone (973) 848-4700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Gevity H.R., Inc., Presidente U.S.A., Inc., Cerveceria Nacional Dominicana, and Grupo Leon Jimenes.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

United States District Judge Howard R. Lloyd