*E-filed 07/02/08*

1

UNITED STATES DISTRICT COURT

2

NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

| | |
|---|---|
| 7   JACQUELINE HONE,, | Case No. CV 08-80071 (HRL) |
| 8          Plaintiff, | |
| 9       v. | ~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| 10   PRESIDENTE U.S.A., INC., CERVECERIA NACIONAL | |
| 11  DOMINICANA, GRUPO LEON JIMENES, LTD., ADMINISTAFF, INC., | |
| 12  GEVITY H.R., AND PHILLIP MORRIS, | |
| 13          Defendants. | |

14

15

16

17       Eric A. Savage, an active member in good standing of the bar of the State of New Jersey, the

18  State of New York, the United States District Court for New Jersey, the United States District Court

19  for the Northern, Southern, Eastern and Western Districts of New York, the United States District

20  Court for the Eastern District of Tennessee, the United States Supreme Court and the United States

21  Court of Appeals for the First, Second, Third, Federal, and District of Columbia Circuits, whose

22  business address and telephone number is Littler Mendelson, One Newark Center – Eighth Floor,

23

24  Newark, New Jersey 07102-5311; telephone (973) 848-4700, having applied in the above-entitled

25  action for admission to practice in the Northern District of California on a *pro hac vice* basis,

26  representing Gevity H.R., Inc., Presidente U.S.A., Inc., Cerveceria Nacional Dominicana, and Grupo

27  Leon Jimenes.

28

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

3    Service of papers upon and communication with co-counsel designated in the application will constitute

4    notice to the party. All future filings in this action are subject to the requirements contained in General

5    Order No. 45, *Electronic Case Filing*.

6

7

8    Dated:    July 2, 2008

9                                                    United States Magistrate Judge Howard R. Lloyd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.