## CERTIFICATION OF SERVICE

Christopher W. Hager, of full age, hereby certifies as follows:

**FILED**
2008 JUL -7 P 2: 57
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1. I am an attorney-at-law in the State of New Jersey, and am a Partner of Niedweske Barber, P.C., attorneys for Plaintiff Jacqueline Hone.

2. One July 3, 2008, I caused (a) the Reply Declaration of Christopher W. Hager, Esq.; (b) Reply Brief, and (c) this Certification of Service, to be delivered by overnight courier to the following addresses:

Clerk
United States District Court, Northern District of California
280 South 1st Street
San Jose, California  05113

Eric A. Savage, Esq.
Littler Mendelson, P.C.
One Newark Center – 8th Floor
Newark, New Jersey  07102-5311

Susan R. Engle, Esq.
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
2070 Springdale Road, Suite 400
Cherry Hill, New Jersey  08003

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: July 3, 2008

Christopher W. Hager