*United States District Court*
*For the Northern District of California*

\* E-filed 07/17/08\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAQUELINE HONE, | Case No. CV 08-80071 JF (HRL) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE VACATING MOTION HEARING** |
| PRESIDENTE U.S.A., INC. CERVECERIA NACIONAL DOMINICANA, GRUPO LEON JIMENES, LTD., ADMINISTAFF, INC., GEVITY H.R., and PHILLIP MORRIS, | |
| Defendants. | |

The court having determined pursuant to Civil Local Rule 7-1(b) that this matter is appropriate for disposition without a hearing, the hearing on Plaintiff's Motion [Docket No. 2] —currently noticed for July 22, 2008—is VACATED.

Dated:   07/17/08

/s/ MPK
Chambers of Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  **Notice mailed to:**

3  Niedweske Barber
98 Washington Street

4  Morristown, NJ 07960

5

6  **Eric A. Savage**
Littler Mendelson, P.C.

7  One Newark Center
8th Floor

8  Newark, NJ 07102

9

10  * Counsel are responsible for providing copies of this order to co-counsel.

11  Dated: 07/17/08

12                                             /s/ MPK
                                Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California